IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00853-REB-MJW

CAROLYN SEGURA,

Plaintiff(s),

v.

MONARCH RECOVERY MANAGEMENT, INC, a Pennsylvania corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendant's Unopposed Motion to Vacate Scheduling Conference (Docket No. 12) is granted.  The Rule 16 Scheduling/Planning Conference set for June 8, 2012, at 9:00 a.m. is vacated and reset to June 27, 2012, at 9:30 a.m.  The parties shall submit their proposed Scheduling Order on or before June 20, 2012.

Date: June 7, 2012