IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00853-REB-MJW

CAROLYN SEGURA,

Plaintiff(s),

v.

MONARCH RECOVERY MANAGEMENT, INC, a Pennsylvania corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED the Stipulated Motion for Entry of Protective Order (docket no. 21) is GRANTED finding good cause shown.  The written Protective Order (docket no. 21-1) is APPROVED and made an Order of Court.

Date:   June 27, 2012