IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00853-REB-MJW

CAROLYN SEGURA,

Plaintiff(s),

v.

MONARCH RECOVERY MANAGEMENT, INC, a Pennsylvania corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Extend Discovery Cutoff Date (Docket No. 32) is GRANTED. The Scheduling Order (Docket No. 27) is amended to extend the discovery cutoff date to December 10, 2012.

Date: November 1, 2012