IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00853-REB-MJW

CAROLYN SEGURA,

Plaintiff,

v.

MONARCH RECOVERY MANAGEMENT, INC, a Pennsylvania corporation,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion to Amend the Scheduling Order to Extend the Discovery Cut-Off and Dispositive Motion Deadline (Docket No. 41) is GRANTED. The discovery cut-off is extended to and including December 17, 2012. The dispositive motion deadline is extended to and including January 13, 2013. The Scheduling Order (Docket No. 27) is amended accordingly.

Date: November 26, 2012