IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00853-REB-MJW

CAROLYN SEGURA,

Plaintiff,

v.

MONARCH RECOVERY MANAGEMENT, INC, a Pennsylvania corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Extend Discovery Cutoff Date to 1/13/13 (docket no. 47) is GRANTED finding good cause shown.  The Discovery Cutoff date is extended to January 13, 2013, for the limited purpose to complete the depositions in this case.  The parties shall meet and confer forthwith to set such depositions.  The depositions shall be completed by January 13, 2013.

     It is further ORDERED that Plaintiff's Unopposed Motion to Extend Discovery Cutoff Date to 1/13/2013 (docket no. 46) is DENIED AS MOOT.

Date: December 18, 2012