**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00853-REB-MJW

CAROLYN SEGURA,

    Plaintiff,

v.

MONARCH RECOVERY MANAGEMENT, INC., a Pennsylvania corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation of Dismissal with Prejudice** [#52] filed January 24, 2013. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal with Prejudice** [#52] filed January 24, 2013, is **GRANTED**;

    2. That the Final Pretrial Conference/Trial Preparation Conference set for February 1, 2013, is **VACATED**;

    3. That the jury trial set to commence February 25, 2013, is **VACATED**; and

    4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated January 25, 2013, at Denver, Colorado.

    BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge